SAKOFSKY v. CAMDEN FIRE ASS'N. (Supreme Court, Appellate Division, Third De-

partment. January 21, 1914.) Action by Karl Sakofsky against the Camden Fire Association and Emory Jones.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOWARD and WOODWARD, JJ., dissent.